# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**957**

**KA 15-01396**

PRESENT: SMITH, J.P., CARNI, LINDLEY, DEJOSEPH, AND SCUDDER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

JULYNN CRISCUOLO, DEFENDANT-APPELLANT.

---

JAMES S. KERNAN, PUBLIC DEFENDER, LYONS (SHIRLEY A. GORMAN OF COUNSEL), FOR DEFENDANT-APPELLANT.

RICHARD M. HEALY, DISTRICT ATTORNEY, LYONS (BRUCE A. ROSEKRANS OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered August 11, 2015. The judgment convicted defendant, upon her plea of guilty, of driving while intoxicated, a class E felony, and aggravated vehicular assault.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered: November 10, 2016                          Frances E. Cafarell
                                                    Clerk of the Court